ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 6 2006

at ___ o'clock and ___ ___M
SUE BEITIA, CLERK

LODGED

JAN 0 4 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
GREGORY JENKS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00063 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING DATE |
| vs. ) | |
| ) | |
| GREGORY LEIALOHA JENKS, JR., ) | New Date:  July 17, 2006 |
| ) | New Time:  1:30 p.m. |
| Defendant. ) | |
| _____ ) | |

## STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that Defendant GREGORY JENKS, JR.'s sentencing presently set for

January 30, 2006, at 1:30 p.m. be and is hereby continued to July 17, 2006, at 1:30 p.m. before Judge David A. Ezra.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, December 29, 2005.

SHANLYN A.S. PARK
Attorney for Defendant
GREGORY JENKS, JR.

MARSHALL SILVERBERG
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _____JAN 06 2006_____.

The Honorable DAVID A. EZRA
United States District Judge
District of Hawaii

UNITED STATES v. GREGORY JENKS, JR.
CR. NO. 05-00063 DAE
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE

2