PETER C. WOLFF, JR.
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
GREGORY JENKS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00063 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) MODIFYING CONDITIONS OF |
| vs. | ) PRETRIAL RELEASE |
| | ) |
| GREGORY LEIALOHA JENKS, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**STIPULATION AND ORDER**
**MODIFYING CONDITIONS OF PRETRIAL RELEASE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the conditions of pretrial release are MODIFIED as follows:

The condition requiring Defendant to reside at Mahoney Hale is deleted; and the following condition is added:

Defendant shall reside with his wife, Michelle, and their children at 84-548 Manuku Street, Waianae, Hawaii, 96792.

All other pretrial release conditions shall remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, February 7, 2006.

   /s/ Shanlyn A.S. Park
SHANLYN A.S. PARK
Attorney for Defendant
GREGORY JENKS, JR.

   /s/ Marshall Silverberg
MARSHALL SILVERBERG
Attorney for Plaintiff
UNITED STATES OF AMERICA

   /s/ Carolyn L.K. Hall
CAROLYN L.K. HALL
Senior U.S. Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, February 7, 2006.



Kevin S.C. Chang
United States Magistrate Judge