PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A.S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:    fpdhi@hotmail.com

Attorney for Defendant
GREGORY JENKS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00063 DAE |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE SENTENCING DATE |
| vs. ) | |
| ) | |
| GREGORY LEIALOHA JENKS, JR., ) | New Date:  November 6, 2006 |
| ) | New Time:  3:00 p.m. |
| Defendant. ) | |
| _____ ) | |

**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that Defendant GREGORY JENKS, JR.'s sentencing presently set for

July 18, 2006, at 9:00 a.m. be and is hereby continued to November 6, 2006, at 3:00 p.m. before Judge David A. Ezra.

    IT IS SO STIPULATED:

    DATED:  Honolulu, Hawaii, July 13, 2006.

        /s/ Shanlyn A.S. Park
        SHANLYN A.S. PARK
        Attorney for Defendant
        GREGORY JENKS, JR.

        /s/ Marshall Silverberg
        MARSHALL SILVERBERG
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

    IT IS APPROVED AND SO ORDERED:

    DATED:  Honolulu, Hawaii, July 13, 2006.



        David Alan Ezra
        United States District Judge

UNITED STATES v. GREGORY JENKS, JR.
CR. NO. 05-00063 DAE
STIPULATION AND ORDER TO CONTINUE SENTENCING DATE