## MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/09/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00063DAE |
| CASE NAME: | USA v. (01)Greg Leialoha Jenks, Jr. |
| ATTYS FOR PLA: | Marshall Silverberg |
| ATTYS FOR DEFT: | (01)Greg Leialoha Jenks, Jr. |
| USPO: | Neil Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/09/2006 | TIME: | 9:00am-9:20am |

COURT ACTION:  EP: Sentencing to Counts 1, 2, 3, 4, 8, and 9 of the Indictment as to Defendant (01)Greg Leialoha Jenks, Jr. Government's Motion for Downward Departure.

Defendant (01)Greg Leialoha Jenks, Jr. present, not in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (01)Greg Leialoha Jenks, Jr..

SENTENCE:

Imprisonment:   60 MONTHS, as to each of Counts 1, 2, 3, 4, 8 and 9 with all such terms to run concurrently.

Supervised Release:   5 YEARS, as to each of Counts 1, 2, 3, and 4; 3 YEARS, as to Counts 8 and 9, with all such terms to run concurrently.

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment, which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $600.00. No fine.

JUDICIAL RECOMMENDATIONS: Sheridan, OR. Educational and Vocational training. Drug treatment. Mental health treatment. 500 hour drug treatment program.

Defendant advised of his right to appeal.

Mittimus is stayed until 11/17/2006.

Defendant to self-surrender @2:00 p.m. on 11/17/2006 to the FDC Honolulu.

Government's Oral Motion to Dismiss All Remaining Counts as to this Defendant Only - GRANTED.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager