PETER B. CARLISLE  2209
Prosecuting Attorney
LEILA C. TANAKA  2794
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     527-6484
FAX:  547-7513
Attorneys for State of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 3 0 2006

at _____ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00063-DAE |
| | ) | |
| Plaintiff, | ) | APPLICATION REGARDING |
| | ) | TEMPORARY TRANSFER OF |
| v. | ) | CUSTODY TO THE STATE OF HAWAII |
| | ) | REGARDING WRIT OF HABEAS |
| GREGORY LEIALOHA JENKS, JR., | ) | CORPUS AD PROSEQUENDUM; |
| | ) | EXHIBITS "A AND B" |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

        Leila C. Tanaka, Deputy Prosecuting Attorney for the City and County of Honolulu, State of

Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the

physical custody of Gregory Leialoha Jenks, Jr. from the United States Marshal Service, District of

Hawaii, to State of Hawaii Officials from time to time and as needed until the conclusion of State of

Hawaii v. Gregory Leialoha Jenks, Jr., Criminal Nos. 06-1-1169, 06-1-1170, 06-1-1349, 06-1-1588,

06-1-1226 and 06-1-1350.

Defendant Gregory Leialoha Jenks, Jr. is now detained in the custody of the United States Marshal Service, District of Hawaii, serving a 60 month federal term of imprisonment.

Defendant Gregory Leialoha Jenks, Jr. has a hearing for Sentencing before the Honorable Virginia Lea Crandall, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for December 11, 2006, 10:00 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter.  (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of Gregory Leialoha Jenks, Jr. from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on November 30, 2006, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. Gregory Leialoha Jenks, Jr., Criminal Nos. 06-1-1169, 06-1-1170, 06-1-1349, 06-1-1588, 06-1-1226 and 06-1-1350, Defendant Gregory Leialoha Jenks, Jr. will be returned to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii:  November 30, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
LEILA C. TANAKA
Deputy Prosecuting Attorney
City and County of Honolulu