5412958 Case 1:05-cr-00063-DAE  Document 90-2  Filed 11/30/2006  Page 1 of 1  1/1
US ATTORNEYS OFFIC                                         07:20:01 a.m.  11-29-2006
NOV-28-2006 TUE 04:20 PM PROSECUTING ATTORNEY    FAX NO. 808 527 6552         P. 02

### DEPARTMENT OF THE PROSECUTING ATTORNEY
# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

DOUGLAS S. CHIN
FIRST DEPUTY PROSECUTING ATTORNEY

November 28, 2006

Marshall Silverberg,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

OPTIONAL FORM 99 (7-90)
**FAX TRANSMITTAL** # of pages ▶ 1
To: Rene Lee    From: Marshall Silverbe
Dept./Agency           Phone #
Fax # 527-6552    Fax # 541-2958
NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

RE: State of Hawaii v. Gregory L. Jenks
Criminal Nos. 06-1-1169, C06-1-1170, C06-1-1349, C06-1-1588, C06-1-1226 and 06-1-1350

Dear Mr. Silverberg:

I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has six (6) cases involving the same individual and would like your approval to take custody of this person for one day on December 11, 2006.

Please sign below if you agree to this request and FAX a copy of this letter to Rene Lee, FAX no. 527-6552. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6484 or Rene Lee at 547-7473.

Very truly yours,

Leila Tanaka
Deputy Prosecuting Attorney

APPROVED:

Marshall Silverberg
Assistant United States Attorney

# EXHIBIT "A"