

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 NOV 30  PM 2: 28

F. OTAKE
CLERK

PETER B. CARLISLE  2209
Prosecuting Attorney
LEILA C. TANAKA  2794
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:     527-6484
FAX:  547-7513
Attorneys for State of Hawaii

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE GREGORY LEIALOHA JENKS, JR.,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | S. P. NO. **06 - 1 - 0405**<br>(Cr. Nos. 06-1-1169, 06-1-1170, 06-1-1349, 06-1-1588, 06-1-1226  and 06-1-1350)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE VIRGINIA LEA CRANDALL, JUDGE OF THE ABOVE ENTITLED
COURT:

Comes now the STATE OF HAWAII, by and through Leila C. Tanaka, Deputy Prosecuting

Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.     That GREGORY LEIALOHA JENKS, JR. has six (6) cases in the Circuit Court of

the First Circuit, Honolulu, Hawaii, Criminal Nos. 06-1-1169, 06-1-1170, 06-1-1349, 06-1-1588,

06-1-1226  and 06-1-1350;



2.      That hearing on the sentencing in Criminal Nos. 06-1-1169, 06-1-1170, 06-1-1349, 06-1-1588, 06-1-1226 and 06-1-1350 is scheduled for December 11, 2006, 10:00 a.m., before the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit, State of Hawaii;

3.      That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4.      That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of GREGORY LEIALOHA JENKS, JR. to State of Hawaii Officials on December 11, 2006, and at any time or times deemed necessary until the conclusion of Criminal Nos. 06-1-1169, 06-1-1170, 06-1-1349, 06-1-1588, 06-1-1226 and 06-1-1350; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.      bring the said Defendant before the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit, on December 11, 2006, 10:00 a.m.;

2.      return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, that same day;

3.      bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 06-1-1169,

06-1-1170, 06-1-1349, 06-1-1588, 06-1-1226 and 06-1-1350;

    4.    retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter

    5.    return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

    Dated at Honolulu, Hawaii:  November 29, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
   Prosecuting Attorney

By _____
   LEILA C. TANAKA
   Deputy Prosecuting Attorney
   City and County of Honolulu

---

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

    GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

    Dated at Honolulu, Hawaii: ___NOV 3 0 2006_____.

VIRGINIA LEA CRANDALL    ( SEAL )

_____
VIRGINIA LEA CRANDALL
Judge of the above entitled court

<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:     UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy,

produce the body of GREGORY LEIALOHA JENKS, JR., who is being detained as a federal prisoner

under your custody, to STATE OF HAWAII OFFICIALS on December 11, 2006, and at any time or

times deemed necessary until the conclusion of Criminal Nos. 06-1-1169, 06-1-1170, 06-1-1349,

06-1-1588, 06-1-1226  and 06-1-1350; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.     bring the said Defendant before the Honorable VIRGINIA LEA CRANDALL, Judge

of the Circuit Court of the First Circuit, on December 11, 2006, 10:00 a.m.;

2.     return the said Defendant to the custody of the UNITED STATES MARSHAL, District

of Hawaii that same day;

3.     bring the said Defendant before the Presiding Judge of the Circuit Court of the First

Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 06-1-1169,

06-1-1170, 06-1-1349, 06-1-1588, 06-1-1226  and 06-1-1350

4.     retain custody of the Defendant and he/she shall be confined with the Department of

Public Safety, State of Hawaii, during the pendency of these proceedings; and thereafter

5.     return the said Defendant to the custody of the UNITED STATES MARSHAL, District

of Hawaii, each time.

Upon completion of the above and conclusion of Criminal Nos. 06-1-1169, 06-1-1170,

06-1-1349, 06-1-1588, 06-1-1226  and 06-1-1350, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this ____ day of

NOV 3 0 2006

_C. Ohida_
_____
Clerk, Circuit Court, First Circuit
State of Hawaii

VIRGINIA LEA CRANDALL    SEAL
_____
Judge of the Circuit Court
First Circuit, State of Hawaii