PETER B. CARLISLE 2209
Prosecuting Attorney
LEILA C. TANAKA 2794
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:   527-6484
FAX: 547-7513
Attorneys for State of Hawaii

ORIGINAL

LODGED
NOV 30 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 05 2006
at __ o'clock and __ min. __ M
SUE _____ CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>GREGORY LEIALOHA JENKS, JR.,  )<br>  )<br>Defendant.  )<br>  )<br>_____) | CR. NO. 05-00063-DAE<br><br>ORDER GRANTING TEMPORARY<br>TRANSFER OF CUSTODY TO THE<br>STATE OF HAWAII REGARDING WRIT<br>OF HABEAS CORPUS AD<br>PROSEQUENDUM |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer from time to time and as needed the physical custody of Defendant Gregory Leialoha Jenks, Jr. to State of Hawaii Officials, until the conclusion of State of Hawaii v. Gregory Leialoha Jenks, Jr., Criminal Nos. 06-1-1169, 06-1-1170, 06-1-1349, 06-1-1588, 06-1-1226 and

06-1-1350. Upon the conclusion of the case, State of Hawaii Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated: DEC 05 2006 at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. GREGORY LEIALOHA JENKS, JR.
Cr. No. 05-00063-DAE
Order Granting Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum

2