AO 245B    (Rev. 6/05) Judgment in a Criminal Case
           Sheet 2 - Imprisonment

CASE NUMBER:     1:05CR00063-001 SPK                          Judgment - Page 3 of 7
DEFENDANT:       GREGORY LEIALOHA JENKS, JR.



# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>60 MONTHS</u>

This term consists of SIXTY(60) MONTHS, as to each of Counts 1, 2, 3, 4, 8 and 9 with all such terms to run concurrently.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
      Sheridan, OR. Educational and Vocational training. Drug treatment. Mental health treatment. 500 hour drug treatment program.

[ ]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[✔]   The defendant shall surrender for service of sentence at FDC Honolulu:
      [✔] before <u>2:00pm, local time</u> on <u>11/17/2006</u>.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 27 2007

at 2 o'clock and 50 min. p M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on  4-11-07  to  FCI, Sheridan
at  Sheridan, Oregon  , with a certified copy of this judgment.

Charles A. Daniels, Warden
~~UNITED STATES MARSHAL~~

By  Dbree R. Porter , LT
    ~~Deputy U.S. Marshal~~

DELIVERED THIS INMATE TO FDC
AT _____ ON _____
VIA F.C.
BUS LIEUTENANT